UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EXHIBIT B

| | |
|---|---|
| JUDITH REILLY,<br>       Plaintiff<br>v.<br><br>CITY OF PROVIDENCE, by and<br>through its Treasurer, STEPHEN T.<br>NAPOLITANO, alias, and PAUL<br>KENNEDY, alias, and ALYSSA<br>DeANDRADE, alias, individually and in<br>their official capacities as police officers in<br>the City of Providence Police Department,<br>and DEAN ESSERMAN, alias,<br>individually and in his official capacity as<br>Chief of the City of Providence Police<br>Department,<br>       Defendants | C.A. No. 10-461S |

## CONSENT JUDGMENT

By agreement of the parties and with approval of this Court, judgment shall enter for the Plaintiff as follows:

1. That the Defendant City of Providence ("City") unconstitutionally interfered with the Plaintiff's right to peaceably publish and distribute political flyers on the public sidewalk adjacent to Cranston Street in front of the Providence Career and Technical Academy in the City of Providence, Rhode Island on February 2, 2010 in violation of the Plaintiff's rights to freedom of speech and of the press guaranteed by the First and Fourteenth Amendments to the United States Constitution and Article 1, §§20 and 21 of the Rhode Island Constitution.

2. That the Defendant City police department custom of clearing vast public spaces in order to keep exit passageways open was unconstitutionally applied in the context of this case.

3. That the Defendant City shall pay the sum of **Five Hundred ($500.00) Dollars** to the Plaintiff as compensatory damages.

4. That the Defendant City shall pay to Plaintiff's counsel the sum of **Five Thousand Two Hundred Sixty-Six and 91/100 ($5,266.91) Dollars** in costs and **Sixty-Nine Thousand Two**

Hundred Thirty-Three and 09/100 (69,233.09) Dollars in counsel fees incurred in prosecuting the case.

5. The claims against Defendants Esserman, Kennedy, and DeAndrade are dismissed with prejudice in consideration of the within Consent Judgment.

Entered as a **Judgment** of this Court on the 21st day of October, 2013.

ENTER:

_____
**District Court Judge**

PER ORDER:

_____
Clerk

ASSENTED TO AS TO FORM AND SUBSTANCE:

Date: October 17, 2013

Plaintiff, JUDITH REILLY
By her attorneys,

_____
Richard A. Sinapi, Esq. (#2977)
American Civil Liberties Union, R.I. Affiliate
Sinapi Law Associates, Ltd.
175 Hillside Road
Cranston, RI 02920
Phone: (401) 944-9692; FAX: (401) 943-9040

Date: October 9, 2013

Defendants, CITY OF PROVIDENCE, DEAN ESSERMAN, and PAUL KENNEDY, alias
By their attorneys,

_____
Kevin F. McHugh Esq. (#3927)
City Solicitor's Office
444 Westminster Street, Suite 220
Providence, RI 02903

Date: Oct 11, 2013

Defendants, ALYSSA DeANDRADE, alias
By her attorneys,

_____
Michael J. Colucci Esq.
Olenn & Penza Address
530 Greenwich Ave
Warwick, RI 02886-1824

Page 2 of 2